958

No. 00–1233. HARDIN ET AL. v. AGUA CALIENTE BAND OF CAHUILLA INDIANS ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1239. MILLS v. HOME DEPOT, U. S. A., INC. C. A. 11th Cir. Certiorari denied.

No. 00–1257. HENRY v. LEAVENWORTH COUNTY BOARD OF COUNTY COMMISSIONERS. C. A. 10th Cir. Certiorari denied.

No. 00–1258. THOUSAND v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00–1276. PHILADELPHIA CHURCH OF GOD, INC. v. WORLD-WIDE CHURCH OF GOD. C. A. 9th Cir. Certiorari denied.

No. 00–1283. MAJOR ET AL. v. PORT TOWNSEND POLICE DE-PARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1287. BRUMFIELD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–1306. LEE v. GTE FLORIDA, INC. C. A. 11th Cir. Certiorari denied.

No. 00–1309. ALLEYNE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–1351. KELLY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–1371. McMEANS v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–1401. HARRIS, SECRETARY OF STATE OF FLORIDA, ET AL. v. ARMSTRONG ET AL. Sup. Ct. Fla. Certiorari denied.

No. 00–6610. BANNISTER v. UNITED STATES; and
No. 00–6977. MASKO v. UNITED STATES.' C. A. 4th Cir. Certiorari denied. Reported below: 229 F. 3d 1145.